**Exhibit 1**

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Douglas M Kaye | SBN: 134584<br>Douglas M Kaye<br>777 E Tahquitz Canyon Way Ste 200-10  Palm Springs, CA 922626784<br>TELEPHONE NO.: (760) 416-5199 | FAX NO. | E-MAIL ADDRESS (Optional): dmkesq@aol.com<br>ATTORNEY FOR (Name): Plaintiff: | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br><br>AUG 07 2024<br><br>By_____ Deputy<br>Gabriel Mendoza |

**SAN BERNARDINO JUSTICE CENTER**
STREET ADDRESS: 247 W. THIRD STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN BERNARDINO, CA 92415
BRANCH NAME:

PLAINTIFF: Consumer Portfolio Services, Inc., a California Corporation
DEFENDANT: Jennifer Rose Mata, et al.

| PROOF OF SERVICE OF SUMMONS | CASE NUMBER:<br>CIVSB2417782 |
|---|---|
| | Ref. No. or File No.:<br>Consumer v Mata |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet (served in complex cases only)
   e. ☐ Cross-complaint
   f. ☑ other (specify documents): Notice of Case Assignment for all Purposes
3. a. Party served (specify name of party as shown on documents served):
   **Jennifer Rose Mata**
   Age: 40's    Weight: 130lbs    Hair: Red    Sex: Female
   Height: 5'6  Eyes: -           Race: Hispanic

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served: **12498 Santiago Dr**
   **Victorville, CA 92392-7420**

5. I served the party (check proper box)
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): **6/23/2024**  (2) at (time): **5:19 PM**
   b. ☐ **by substituted service.** On (date):      at (time):      I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on (date):    from (city):               or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/539667A

| PETITIONER: Consumer Portfolio Services, Inc., a California Corporation | CASE NUMBER: |
|---|---|
| RESPONDENT: Jennifer Rose Mata, et al. | CIVSB2417782 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date)*:  (2) from *(city)*:

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed *Notice and Acknowledgement of Receipt*.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify)*:
c. ☐ as occupant.
d. ☐ On behalf of *(specify)*:
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                     ☐ other:

7. **Person who served papers**
   a. Name: **Steve Wiezbinski IV - DDS Legal Support**
   b. Address: **2900 Bristol Street  Costa Mesa, CA 92626**
   c. Telephone number: **(714) 662-5555**
   d. **The fee** for service was: **$ 124.90**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner    ☐ employee    ☑ independent contractor.
         (ii) Registration No.: **1636**
         (iii) County: **San Bernardino**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **6/25/2024**

DDS Legal Support
2900 Bristol Street
Costa Mesa, CA 92626
(714) 662-5555
www.ddslegal.com

_____   ▶ /s/ *(signature)*
Steve Wiezbinski IV
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Douglas M Kaye | SBN: 134584
Douglas M Kaye
777 E Tahquitz Canyon Way Ste 200-10   Palm Springs, CA 922626784
TELEPHONE NO.: (760) 416-5199  FAX NO.  E-MAIL ADDRESS *(Optional):* dmkesq@aol.com
ATTORNEY FOR *(Name):* Plaintiff.

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

AUG 07 2024

By _____ Deputy
Gabriel Mendez

**SAN BERNARDINO JUSTICE CENTER**
STREET ADDRESS: 247 W. THIRD STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN BERNARDINO, CA 92415
BRANCH NAME:

PLAINTIFF: Consumer Portfolio Services, Inc., a California Corporation
DEFENDANT: Jennifer Rose Mata, et al.

CASE NUMBER:
CIVSB2417782

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
Consumer v Mata

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **Notice of Case Assignment for all Purposes**
3. a. Party served *(specify name of party as shown on documents served):*
      **Adrian Fidel Mata**
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
4. Address where the party was served: **12498 Santiago Dr**
   **Victorville, CA 92392-7420**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   (2) at *(time):*
   b. ☑ **by substituted service.** On *(date):* **6/23/2024** at *(time):* **5:19 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
      **Jennifer Rose Mata - Co Resident**
      Age: 40's    Weight: 130lbs    Hair: Red         Sex: Female
      Height: 5'6  Eyes: -           Race: Hispanic

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☑ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*   from *(city):*   or ☑ a declaration of mailing is attached.
      (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/539667B

| | |
|---|---|
| PETITIONER: Consumer Portfolio Services, Inc., a California Corporation | CASE NUMBER: |
| RESPONDENT: Jennifer Rose Mata, et al. | CIVSB2417782 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:                                              (2) from *(city)*:
  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☑ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify)*:
     under the following Code of Civil Procedure section:
     ☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                           ☐ other:

7. **Person who served papers**
  a. Name: **Steve Wiezbinski IV - DDS Legal Support**
  b. Address: **2900 Bristol Street Costa Mesa, CA 92626**
  c. Telephone number: **(714) 662-5555**
  d. The fee for service was: **$ 75.00**
  e. I am:
     (1) ☐ not a registered California process server.
     (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ registered California process server:
        (i) ☐ owner  ☐ employee  ☑ independent contractor.
        (ii) Registration No.: **1636**
        (iii) County: **San Bernardino**

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **6/25/2024**

**DDS Legal Support**
**2900 Bristol Street**
**Costa Mesa, CA 92626**
**(714) 662-5555**
**www.ddslegal.com**

_____
**Steve Wiezbinski IV**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶ *(signature)*